IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Aaron Doakes, | : | |
| Plaintiff | : | Civil Action 2:08-cv-00505 |
| v. | : | Judge Marbley |
| Unnamed Employees of the Noble Correctional Institution, | : | Magistrate Judge Abel |
| | : | |
| Defendants | | |
| | : | |

# Order

Plaintiff has failed to respond to the Clerk of Court's May 13, 2008 letter advising him that he needed to submit a complaint, application to proceed in forma pauperis, civil cover sheet, summons, and USM-285 for each defendant.  Plaintiff has failed to respond to the letter.  He has not submitted a complaint, paid the $350 filing fee, or filed a motion to proceed in forma pauperis.  Doakes has also failed to respond to the Court's August 25, 2008 Order to show cause why this case should not be dismissed for want of prosecution.

Accordingly, the Clerk of Court is **DIRECTED** to enter **JUDGMENT** dismissing this case for want of prosecution.  Rule 41(b), Fed. R. Civ. P.  *See, Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962).  S.D. Ohio Civil Rule 55.1(c).

　　　　　　　　　　　　　　　　　　　　s/Algenon L. Marbley
　　　　　　　　　　　　　　　　　　　Algenon L. Marbley, Judge
　　　　　　　　　　　　　　　　　　　United States District Court