**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

### JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| Aaron Doakes, | : | |
| Plaintiff | : | Civil Action 2:08-cv-00505 |
| v. | : | Judge Marbley |
| Unnamed Employees of the Noble Correctional Institution, | : | Magistrate Judge Abel |
| | : | |
| Defendants | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 24, 2008 Order, Judgment entered dismissing this case for want of prosecution. This action is hereby DISMISSED.

Date: **September 24, 2008**          **James Bonini, Clerk**

          s/Betty L. Clark
          Betty L. Clark/Deputy Clerk